■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADRIAN LESHER, on Behalf of JERMAINE CARROLL, Petitioner, v WARDEN, RIKERS ISLAND, Respondent. [731 NYS2d 868] —Writ of habeas corpus to release Jermaine Carroll, the defendant in a criminal action entitled *People v Carroll,* pending in the Supreme Court, Kings County, under Kings County Indictment No. 3823/2001, on the ground that his detention is illegal as in violation of CPL 210.45 (9) (d).

Adjudged that the writ is dismissed, without costs or disbursements.

The defendant was not improperly detained in violation of CPL 210.45 (9) (d). O'Brien, J. P., Friedmann, Schmidt and Townes, JJ., concur.